# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SOLORIO, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>FIG GARDEN HOME OWNERS ASSOCIATION, et al.,<br><br>       Defendants. | Case No.  1: 21-cv-01662-NONE-SAB<br><br>ORDER REQUIRING EVIDENCE OF APPOINTMENT OF GUARDIAN AD LITEM OR MOTION FOR APPOINTMENT<br><br>**TEN DAY DEADLINE** |

On November 17, 2021, this action was removed to this Court from the Fresno County Superior Court.  (ECF No. 1.)  Minor Plaintiff I.S., is proffered to be represented in this action by and through his guardian ad litem Plaintiff Robert Solorio.  The complaint filed in the state court proffers that prior to the commencement of the action, Robert Solorio, the natural father, was appointed to act as guardian ad litem for I.S.  (ECF No. 1-1 at 7.)  However, no other evidence has been filed with the Court pertaining to such appointment.

Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor . . . ."  L.R. 202(a).

1      Accordingly, IT IS HEREBY ORDERED that, within ten days from the date of entry of

2  this order, Plaintiffs' counsel shall file evidence that Robert Solorio has been appointed under

3  state law, or a motion for appointment of a guardian ad litem for I.S. that comports with the

4  requirements of Local Rule 202.

IT IS SO ORDERED.

Dated:   **November 18, 2021**

UNITED STATES MAGISTRATE JUDGE