Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Steven D. Archer, State Bat No. 63834
  *archer@kiesel.law*
D. Bryan Garcia, State Bar No. 216904
  *garcia@kiesel.law*
Ashley M. Conlogue, State Bar No. 292083
  *conlogue@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:    310-854-4444
Fax:   310-854-0812

*Attorneys for Plaintiffs*
ROBERT SOLORIO, ANA SOLORIO,
CIRENIA LOZONO, and IAN SOLORIO,
a Minor, by and through his Guardian Ad
Litem, ROBERT SOLORIO

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SOLORIO, ANA SOLORIO, CIRENIA LOZONO, and IAN SOLORIO, a Minor, by and through his Guardian Ad Litem, ROBERT SOLORIO,<br><br>Plaintiffs,<br><br>v.<br><br>FIG GARDEN HOME OWNERS ASSOCIATION; CITY OF FRESNO; COUNTY OF FRESNO; BNSF RAILWAY COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK; and DOES 1 through 400, inclusive<br><br>Defendants. | Case No. 1:21-cv-01662-NONE-SAB<br><br>**STIPULATION REGARDING [PROPOSED] ORDER REMANDING THE ACTION TO STATE COURT** |

STIPULATION REGARDING [PROPOSED] ORDER REMANDING THE ACTION TO STATE COURT

1 Plaintiffs Robert Solorio, Ana Solorio, Cirenia Lozono, and Ian Solorio, a Minor, by and
2 through his Guardian Ad Litem, Robert Solorio (collectively "Plaintiffs") and Defendants Fig Garden
3 Home Owners Association, City of Fresno, County of Fresno, BNSF Railway Company, National
4 Railroad Passenger Corporation, d/b/a Amtrak, and DOES 1 through 400 (collectively "Defendants"),
5 by and through their respective counsel of record, hereby stipulate to the following:

6 WHEREAS, on October 15, 2021, Plaintiffs filed their Complaint against Defendants in the
7 Superior Court of California, County of Fresno. *See* Compl., *Solorio*, Case No. 21CECG03078,
8 attached as Ex. A to Notice of Removal, ECF No. 1.

9 WHEREAS, on November 3, 2021, Plaintiffs filed a First Amended Complaint against
10 Defendants. *See* First Amended Complaint, attached as Ex. A.

11 WHEREAS, on November 17, 2021, National Railroad Passenger Corporation d/b/a Amtrak
12 filed a Notice of Removal of Action Pursuant to 28 U.S.C. § 1331 to the United States District Court
13 for the Eastern District of California on the basis that it is a federally chartered railroad under 28 U.S.C.
14 § 1349 and therefore raises a federal question. *See* Notice of Removal.

15 WHEREAS, on November 30, 2021, Plaintiffs filed (1) a Notice of Voluntary Dismissal with
16 prejudice as to National Railroad Passenger Corporation d/b/a Amtrak, and (2) a Notice of Voluntary
17 Dismissal without prejudice to BNSF Railway Company. *See* Plaintiffs' Notices of Voluntary
18 Dismissal, ECF Nos. 5 and 6.

19 WHEREAS, on December 1, 2021, the Court issued an Order Directing the Clerk of the Court
20 to Terminate BNSF Railway Company and National Railroad Passenger Corporation as Defendants in
21 this Action.

22 NOW THEREFORE, the Parties hereby stipulate that this action be remanded and assigned to
23 the Superior Court of the State of California, County of Fresno. The Parties further request that the
24 Court enter the proposed Order concurrently submitted herewith.

25 Subject to the condition of the Court entering the proposed Order,
26 **IT IS SO STIPULATED.**
27 / / /
28

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| 1 | DATED: December 7, 2021 | Respectfully submitted, |
| 2 | | **WHITNEY THOMPSON & JEFFCOACH** |
| 5 | | By: _____ |
| 6 | | Mandy Jeffcoach |
| 7 | | *Attorneys for Defendant*<br>CITY OF FRESNO |
| 9 | DATED: December 7, 2021 | **CHURCH LAW GROUP** |
| 11 | | By: _____ |
| 12 | | Ryan D. Libke |
| 13 | | *Attorneys for Defendant*<br>FIG GARDEN HOME OWNERS ASSOCIATION |
| 15 | DATED: December 7, 2021 | **ALESHIRE & WYNDER, LLP** |
| 17 | | By: _____ |
| 18 | | Michelle Sassano |
| 19 | | *Attorneys for Defendant*<br>COUNTY OF FRESNO |

STIPULATION REGARDING [PROPOSED] ORDER REMANDING THE ACTION TO STATE COURT

3

DATED: December 9, 2021     **KIESEL LAW LLP**

By: _____
Paul R. Kiesel
Steven D. Archer
D. Bryan Garcia
Ashley M. Conlogue

*Attorneys for Plaintiffs*
ROBERT SOLORIO, ANA SOLORIO,
CIRENIA LOZONO, and IAN SOLORIO,
a Minor, by and through his Guardian Ad
Litem, ROBERT SOLORIO

**ORDER**

Pursuant to Stipulation, and for good cause shown, this action is be remanded to the Superior Court of the State of California, County of Fresno.

IT IS SO ORDERED.

Dated: __**December 9, 2021**__     _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE